IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. THOMAS D. FRANZ, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 13 C 3806 |
| v. | ) ) ) | Judge Guzman Magistrate Judge Gilbert |
| VITAMINERALS/VM ORTHOPEDICS, LTD., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. Thomas D. Franz, voluntarily dismisses his individual claims with prejudice and without costs against defendant Vitaminerals/VM Orthopedics, Ltd., as defendant Vitaminerals/VM Orthopedics, Ltd. has not yet filed an appearance, answer or a motion for summary judgment. Plaintiff Dr. Thomas D. Franz voluntarily dismisses his class claims without prejudice and without costs against defendant Vitaminerals/VM Orthopedics, Ltd. Plaintiff Dr. Thomas D. Franz voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on September 27, 2013, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

   Vitaminerals/VM Orthopedics, Ltd.
   c/o Marvin L. Boote II, Registered Agent
   311 West Streetsboro Road
   Hudson, OH 44236

                                                    s/ Heather Kolbus
                                                    Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)