**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Dr. Thomas D. Franz

                    Plaintiff,

v.                                   Case No.: 1:13–cv–03806
                                   Honorable Ronald A. Guzman

Vitaminerals/VM Orthopedics, Ltd., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 30, 2013:

      MINUTE entry before Honorable Ronald A. Guzman:Status hearing held on 9/30/2013. Pursuant to notice of dismissal [25], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby ordered that individual claims are dismissed with prejudice and without costs against defendant Vitaminerals/VM Orthopedics, Ltd. Class claims are dismissed without prejudice and without costs against defendant Vitaminerals/VM Orthopedics, Ltd. and John Does 1–10. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.